UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00111-D-6

UNITED STATES OF AMERICA

v.                                    ORDER

NIRILLA ALLEN-KEARNEY

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 153

be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This __10__ day of October, 2016.

JAMES C. DEVER III
Chief United States District Judge