UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00111-D-6

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| NIRILLA ALLEN-KEARNEY | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 146 and its accompanying exhibits be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED. This 10 day of October 2016.

_____
JAMES C. DEVER III
Chief United States District Judge