UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00111-D-6

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| NIRILLA ALLEN-KEARNEY | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 356 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This __6__ day of September, 2017.

JAMES C. DEVER, III
Chief United States District Judge